MAY 1, 2000

No. 99–8348. WILKERSON v. NIELSEN, CHAIRMAN, CALIFORNIA BOARD OF PRISON TERMS. C. A. 9th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 99–8465. NAGY v. LAPPIN ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied, and certiorari dismissed. See this Court's Rule 39.8.

No. 99A829. WILLIAMS v. TEXAS. 242d Jud. Dist. Ct. Tex., Hale County. Application for stay, addressed to JUSTICE GINSBURG and referred to the Court, denied.

No. 99M84. SALANIK, A MINOR BY HIS MOTHER, SALANIK v. BOARD OF EDUCATION OF ANNE ARUNDEL COUNTY ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 99–1496. JANAKAKIS-KOSTUN v. JANAKAKIS. Ct. App. Ky. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 99–8929. IN RE JOHNSON;
No. 99–8957. IN RE YOUNGBEAR; and
No. 99–8974. IN RE WEST. Petitions for writs of habeas corpus denied.